# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DI BERNARDO; FLEXIBLE INSURANCE PLANS, INC. dba FIP INSURANCE SERVICES, a California corporation, and STRATEGIC INSURANCE DESIGNS, INC. dba STRATEGIC DESIGNS INSURANCE SERVICES, a California corporation,<br><br>           Plaintiffs,<br>     v.<br><br>THE LAFAYETTE LIFE INSURANCE COMPANY; an Ohio corporation; PENSIONLABS INCORPORATED, a Washington corporation; MICHAEL HOLMAN, an individual; PROBABILITY TECHNOLOGY, INC., a Washington corporation; CHARLES B. GRAMP; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.: 8:23-cv-01035-FWS-KES<br><br>JUDGMENT |

Plaintiff Anthony Di Bernardo, Plaintiff Flexible Insurance Plans, Inc. doing business as FIP Insurance Services, and Plaintiff Strategic Insurance Designs, Inc. doing business as Strategic Designs Insurance Services bring claims against Defendant Lafayette Life Insurance Company, Defendant PensionLabs Incorporated, Defendant Michael Holman, Defendant Probability Technology, Inc., and Defendant Charles Gramp. (Dkt. 4.) On September 24, 2025, the court granted the Motion for Summary Judgment. In accordance with the Order granting Defendants' Motion for Summary Judgment, the court **ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing on their claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED: September 24, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE